UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MAURICE CLARKE,<br><br>Defendant. | 02-CR-1372 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has recently been reassigned this case from the docket of the late Hon. William H. Pauley. The Court's intention is to act with dispatch on the defendant's pending motion for a reduction of sentence under the First Step Act.

The Court wishes to confer with counsel immediately, including to determine whether, independent of the pending application, there is a basis for reduction of sentence available under 18 U.S.C. § 3582(c)(1)(A)(i), and to determine the Government's present position on the defense motion. The Court accordingly convenes an emergency telephone conference in this case for Thursday, August 5, 2021, at 9:30 am. The Court understands from the defense letter submissions that the defendant has waived his right to be present at a conference in this matter. Although the Court encourages defense counsel to attempt to secure the defendant's telephonic participation, the conference will thus nevertheless proceed even if the defendant cannot participate, in which event the Court will inquire at the outset of the conference whether the defense consents to the conference proceeding without the defendant.

The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 3, 2021
New York, New York