UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MAURICE CLARKE,<br><br>Defendant. | 02-CR-1372-05 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 53988-054, has been sentenced today to a term of imprisonment of "time served plus five (5) days." He therefore is to be released no later than August 10, 2021, subject to any detainers. An amended judgment will issue promptly.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 5, 2021
       New York, New York