UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MAURICE CLARK,<br><br>Defendant. | 02-CR-1372-05 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from counsel for Maurice Clarke, seeing authorization to seek a medical marijuana card, Dkt. 597, and the Government's response, opposing this application, Dkt. 598. The Court denies the application, as it is unsupported by any letter from a medical professional recommending the use by Mr. Clarke to treat a medical condition. This denial is without prejudice to Mr. Clarke's right to make a renewed such application, this time with the support of a medical professional.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 6, 2022
New York, New York